# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRIS PHILLIPS

NO. 2022 KW 0835

**OCTOBER 12, 2022**

---

In Re:   Chris Phillips, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-93-0031.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court acted on relator's "Motion to review sealed Jury polling record and production of polling slips reflecting the jury votes, from the October 26-27, 1993 Second Degree Murder Trial," on September 15, 2022.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT